[No. 57393-4-I. Division One. December 11, 2006.]

*In the Matter of the Marriage of* JAMES RYAN, *Respondent,* and ALICE RYAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-3-05813-2, Kimberly Prochnau, J. Pro Tem., entered November 8, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 57658-5-I. Division One. December 11, 2006.]

*In the Matter of the Marriage of* AIME AFALLOUSS, *Respondent,* and AZIZ AFALLOUSS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-3-07384-2, Jacqueline L. Jeske, J. Pro Tem., entered December 27, 2005. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 33045-8-II. Division Two. December 12, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. N.B., *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 05-8-00154-8, Robert A. Lewis, J., entered March 9, 2005. *Reversed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Bridgewater, J.

[Nos. 33256-6-II; 33272-8-II. Division Two. December 12, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. TERI LYNN SCHOOLEY, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. JESUS ALEGRIA-PEREZ, *Appellant.*

Appeals from a judgment of the Superior Court for Thurston County, No. 05-1-00180-5, Wm. Thomas McPhee, J., entered May 13, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Hunt, JJ.